UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-0059 |
| ) | Judge Nixon/Bryant |
| MEDMANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

### O R D E R

The defendant has filed an answer to plaintiff's complaint (Docket Entry No. 7). The initial case management conference previously scheduled for April 2, 2012, at 10:00 a.m. (Docket Entry No. 2) is **RESET** to **March 12, 2012, at 10:30 a.m.** The proposed initial case management order shall be filed three business days prior to March 12, 2012.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge