```
                  UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

LISA BOSTON,                        )
                                    )
        Plaintiff,                  )
                                    )
        v.                          )   NO.  3:12-0059
                                    )   Judge Nixon/Bryant
MEDMANAGEMENT, INC.,                )
                                    )
        Defendant.                  )

## O R D E R

Counsel for the parties have filed a "Stipulation of Dismissal" of this case (Docket Entry No. 12). The Clerk is directed to return the file to Senior Judge Nixon for his consideration of the stipulation of dismissal.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge