IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LISA BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:12cv0059 |
| ) | Judge Nixon |
| MEDMANAGEMENT, INC., ) | Mag. Judge Bryant |
| ) | |
| ) | JURY DEMAND |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

As is evidenced by the signature of counsel below, the parties have stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, that this case should be dismissed, with prejudice.

**APPROVED FOR ENTRY:**

BY: /s/ Wade B. Cowan
Wade B. Cowan, (S.C. #9403)
150 Second Avenue North, Suite 225
Nashville, TN 37201
(615) 256-8125 phone
wcowan@dhhrplc.com
*Attorney for Plaintiff Lisa Boston*

So Ordered.

**BONE McALLESTER NORTON, PLLC**

BY: /s/ Anne C. Martin
ANNE C. MARTIN, #15536
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300 phone
amartin@bonelaw.com
*Attorney for Defendant MedManagement, Inc.*